BEFORE THE THIRD DIVISION, SEPTEMBER 25, 1946

**No. 51316.**—Petition 6558–R of Lynbrook Textiles Co., Inc. (Providence).

Opinion by EKWALL, J. From the testimony of the customs broker who made the entry and that of the secretary of the importing corporation, it appeared that the order for the merchandise was placed in June 1945, but the goods did not arrive in the United States until the latter part of August. The customs broker testified that he arrived at the value through information he had obtained from similar entries of merchandise from the manufacturer, and that he considered the value at which he entered to be the prevailing market price in Mexico at the time of this exportation. He stated that he was in constant touch with the selling agent of the manufacturer and obtained information from said selling agent that there was no change in the prices, so far as he knew. From the evidence submitted it was held that the entry of the merchandise at a value lower than that arrived at on final appraisement was without intent to defraud the Government or to deceive its officials and that the importer and its agent acted in good faith in making entry at the lower price. The petition was therefore granted.

**No. 51317.**—Petition 6534–R of J. S. Holquin and Henry W. Peabody & Co. of California (El Paso).

Opinion by EKWALL, J. The petition was dismissed.

BEFORE THE FIRST DIVISION, SEPTEMBER 26, 1946

**No. 51318.**—Protests 965525–G, etc., of El Amigo Co. et al. (San Francisco).

Opinion by COLE, J. The protests were dismissed.

BEFORE THE SECOND DIVISION, SEPTEMBER 26, 1946

**No. 51319.**—Protests 106125-K, etc., of Bullocks, Inc., et al. (Los Angeles and San Francisco).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51320.**—Protests 117459–G/335, etc., of J. E. Bernard & Co. et al. (Chicago, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51321.**—Protests 99486–K, etc., of Adamo Co. et al. (Los Angeles, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51322.**—Protest 118305–K of M. Pressner & Co. (New York).